# EXHIBIT H

# "Declaration of Mark Morgan"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| GEORGIA REPUBLICAN PARTY, INC., a state political party committee, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Secretary of State of Georgia, et al.,<br><br>    Defendants. | Case No. _____ |

## DECLARATION OF MARK MORGAN IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Mark Morgan, hereby declare as follows under the penalty of perjury.

1. The following statements are based on my personal knowledge, and if called to testify I could swear competently thereto.

2. I am over 18 years of age and of sound mind.

3. I am a citizen of the United States.

4. I received my Bachelor's Degree from the University of Wisconsin-Eau Claire, where I studied economics and political analytics.

5. I am the Deputy Political Director of the NRSC, and I regularly analyze compilations of voter data, state materials, and third-party data collections. In this role, I also supervise and manage the analysis of voter and ballot data.

6. I regularly work with our data vendors and other third-party partners, including i360 and state Secretary of State's office, to compare and analyze voter and ballot data.

1

7. On November 3, 2020, Georgia held a general election for both of its seats in the U.S. Senate.

8. No candidate for either of Georgia's U.S. Senate seats obtained a majority of the votes cast in the 2020 general election.

9. As a result, Georgia has scheduled a run-off election to be held on January 5, 2021.

10. To cast a ballot in the 2021 run-off election, a new voter must have registered by December 7, 2020.

11. On December 8, 2020, the Georgia Secretary of State provided a list of individuals—including their first name, middle name or initial, last name, and birth year—who registered to vote between November 4, 2020 (the day following the 2020 general election) and December 7, 2020 (the last day to register in Georgia to vote in the 2021 run-off election) ("Georgia List 1"). That list shows that in total, over 32,000 people registered to vote in Georgia in that brief time period.

12. Georgia List 1 is incomplete. My understanding is that many Georgia counties have not yet provided to the Georgia Secretary of State a final list of all individuals who registered to vote in Georgia since the 2020 general election.

13. At least 425 of the individuals identified on Georgia List 1 who registered to vote in Georgia since the 2020 general election previously voted in the 2020 general election in another state where a U.S. Senate race was held.

14. To calculate that number, I compared Georgia List 1 to a list of individuals in the National Change of Address database who filed a Change of Address form with the United States Postal Service between November 4, 2020, and December 7, 2020.

15. Next, I compared the individuals identified above—using their first name, middle name or initial, last name, birth year, and prior address provided on a USPS Change of Address form—against the active voter registration lists from all other states and removed any duplicate entries. I obtained those lists from i360, which compiles and maintains updated voter files for all states. This comparison allowed me to identify a list of individuals who filed a USPS Change of Address form, registered to vote in Georgia between November 4, 2020, and December 7, 2020, and match a voter registration record from another state. I call this "Georgia List 2."

16. Georgia List 2 contains at least 2,527 unique individuals who are believed to have moved to and registered to vote in Georgia since the 2020 general election and who match a registered voter record in another state.

17. I compared the individuals identified on Georgia List 2—using their first name, middle name or initial, last name, birth year, and prior address provided on a USPS Change of Address form—against the lists of certified voters[1] who participated in the 2020 general election in another state, which were available from i360. This comparison allowed me to identify a list of individuals who filed a USPS Change of Address form, registered to vote in Georgia between November 4, 2020, and December 7, 2020, and who match a certified participant in the 2020 general election in another state. I call this list "Georgia List 2A."

18. Georgia List 2A contains at least 17 individuals who are believed to have moved to and registered to vote in Georgia since the 2020 general election and who match a certified participant in the 2020 general election in another state.

---

[1] Certified voters are voters whose states have certified their election results and made those certified results available to the public and/or a third-party data vendor.

3

19. I also compared the individuals identified on Georgia List 2—using their first name, middle name or initial, last name, birth year, and prior address provided on a USPS Change of Address form—against the lists of voters who participated in the 2020 general election in another state via absentee ballot or early voting,[2] which were available from i360. This comparison allowed me to identify a list of individuals who filed a USPS Change of Address form, registered to vote in Georgia between November 4, 2020, and December 7, 2020, and match a voter whose participation in the 2020 general election in another state we were able to verify through AB/EV data made available through i360, but where the final full voter file containing all vote records from the 2020 general election are pending certification and/or compilation by i360. I call this list "Georgia List 2B."

20. Georgia List 2B contains at least 978 individuals who moved to and registered to vote in Georgia since the 2020 general election and who recorded a vote by absentee ballot or early-in-person in the 2020 general election in another state.

21. Next, I combined Georgia List 2A and Georgia List 2B into a single list, removed any duplicate entries, and restricted the results to include only individuals who are believed to have moved to Georgia from states in which a U.S. Senate election was held in the 2020 general election. Those states are Alabama, Alaska, Arkansas, Colorado, Delaware, Idaho, Illinois, Iowa, Kansas, Kentucky, Louisiana, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Montana, Nebraska, New Hampshire, New Jersey, New Mexico, North Carolina, Oklahoma, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Virginia, West Virginia, Wyoming. I call this list "Georgia List 3."

---

[2] Many states have not yet certified their 2020 general election voting lists, but make available lists of voters who cast absentee ballots or who voted early.

4

22. Georgia List 3 contains at least 425 unique individuals who are believed to have moved to, registered to vote in Georgia since the 2020 general election, and who participated in the 2020 general election of another state that also held a U.S. Senate election.

23. Contained within Georgia List 3 there are at least 19 unique individuals who are believed to have moved to, registered to vote in Chatham County since the 2020 general election, and who participated in the 2020 general election of another state that also held a U.S. Senate election.

24. Contained within Georgia List 3 there are at least 8 unique individuals who are believed to have moved to, registered to vote in Glynn County since the 2020 general election, and who participated in the 2020 general election of another state that also held a U.S. Senate election.

25. On December 15, the Georgia Secretary of State provided an updated (but still not final) list of new registrants identifying over 49,000 individuals, or over 17,000 more individuals than identified on Georgia List 1. I have not yet analyzed the additional 17,000 new voters, but given the analysis to date, it is likely that we will identify hundreds of additional individuals who registered to vote in Georgia since the 2020 general election and previously voted in the 2020 general election in another state where a U.S. Senate race was held.

26. I declare under penalty of perjury that the foregoing is true and correct.

_____
Mark Morgan

12/17/20
_____
Date

5