# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF
# GEORGIA BRUNSWICK DIVISION

GEORGIA REPUBLICAN PARTY, INC., a state political party committee, et al.

Plaintiffs,

v.

BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and Chair of the Georgia State Election Board, et al.,

CIVIL ACTION

File No. 2:20-CV-00135-LGW

## DECLARATION OF RUSSELL BRIDGES

I, Russell Bridges, declare under penalty of perjury that the following is true and correct:

1. I am over the age of 18 years and competent to testify herein. I have personal knowledge of matters stated herein.

2. I am Election Superintendent for Chatham County, Georgia.

3. The Board of Elections of Chatham County does not handle the intake of absentee ballots.

4. The Board of Elections only involvement in the absentee ballot process is opening the envelope containing the ballots and tabulating the ballots.

5. In Chatham County, all aspects of absentee ballot process including issue,

receipt, signature checking, registration, verification of citizenship, and verification of residence are handled by the Board of Registrars.

This 18th day of December, 2020.

*Russell Bridges*
Russell Bridges

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been prepared in accordance with the font type and margin requirements set forth in Local Rule 5.1, using Times New Roman and 13-point type.

This 18th day of December, 2020.

/s/ R. Jonathan Hart
R. JONATHAN HART
State Bar No. 333692
/s/ Jennifer R. Davenport
State Bar No. 330328

P. O. Box 8161
Savannah, GA  31412
T: (912) 652-7881
F: (912) 652-7887
Email: rjhart@chathamcounty.org;
jdavenport@chathamcounty.org

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

This 18th day of December, 2020.

/s/ R. Jonathan Hart
R. JONATHAN HART
State Bar No. 333692
/s/ Jennifer R. Davenport
State Bar No. 330328

P. O. Box 8161
Savannah, GA  31412
T: (912) 652-7881
F: (912) 652-7887
Email: rjhart@chathamcounty.org;
jdavenport@chathamcounty.org