# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO.  **CV220-135**

DATE  **12/18/2020**

TITLE  **Georgia Republican Party, Inc. et al v. Raffensperger et al**

TIMES  **3:25 - 6:01**

TOTAL  **2 hours 27 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**

Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**

Interpreter :

**Attorney for    Plaintiff**
Benjamin J. Gibson
George N. Meros , Jr.
Jeffrey S. York
Leah Zamet

**Attorney for Defendant(s)**
Rick Strickland
Brad Watkins
Aaron Mumford
Russell David Willard
Benjamin Mason Perkins
Jennifer R. Davenport

**Defendant(s)**

PROCEEDINGS :  **TRO / Preliminary Injunction**

☑ In Court
☐ In Chambers

**Case called for hearing**
**Plaintiff (Meros) 3:29 - 4:15**
**Defendant (Willard) 4:15 - 4:46 / Defendant (Perkins) 4:46 - 4:48**
**Defendant (Watkins) 4:49 - 4:58**
**Plaintiff  (Meros) 4:58 - 5:12**
**Recess 5:12 - 5:46**
**The Court finds that the Plaintiff does not have the standing to obtain the relief they seek and the motion is due to be denied.**
**Written order to follow.**

(Rev 7/2003)

GENERAL CLERK'S MINUTES