# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| GEORGIA REPUBLICAN PARTY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Secretary of State of Georgia and Chair of the State Election Board, et al., <br><br> Defendants. | No. 2:20-CV-135 |

### ORDER

On December 18, 2020, the Court held a hearing on Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction, dkt. no. 3. After fully considering the parties' filings and oral arguments, and for the reasons stated on the record, the Court **DISMISSES** Plaintiffs' Complaint, dkt. no. 1, for lack of standing, and **DENIES AS MOOT** Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction, dkt. no. 3. Accordingly, this case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 18th day of December, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA